IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CLARENCE JOHNSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Civil Action Number |
| v. ) | CV-00-C-1649-W |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant*. ) | |

## MEMORANDUM OPINION

The Federal Tort Claims Act, 28 U.S.C. § 2675(a), requires Plaintiff to file an administrative claim with the appropriate federal agency, (1) giving written notice of the claim sufficient to enable the agency to investigate, and (2) placing a value on the claim.

Plaintiff failed to file an administrative claim with the appropriate federal agency; therefore, this Court does not have jurisdiction to hear his claims against the United States.

By separate order, Plaintiff's claims will be DISMISSED, with prejudice.

Done this 27th day of October, 2000.

CHIEF UNITED STATES DISTRICT JUDGE
U.W. CLEMON

